IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01848-BNB

CLARENCE A. WALKER,

    Plaintiff,

v.

CAPTAIN BAY,
LIEUTENANT MARTIN,
SARGEANT WISCAMB,
SARGEANT FIELDS,
SARGEANT ASPINOL,
DEPUTY GOFF, and
DEPUTY KILLIAM,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 28 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff, Clarence A. Walker, is an inmate at the Arapahoe County Detention Facility in Englewood, Colorado. Mr. Walker initiated this action by filing *pro se* a Prisoner Complaint alleging that his civil rights have been violated. The original Prisoner Complaint was missing certain pages. Therefore, on September 21, 2007, Mr. Walker filed an amended Prisoner Complaint. The court must construe the amended complaint liberally because Mr. Walker is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Walker will be ordered to file a second amended complaint.

The court has reviewed Mr. Walker's amended complaint and finds that it is deficient because Mr. Walker's claims against the named Defendants are vague and conclusory. Mr. Walker alleges that Defendants have harassed and threatened him in retaliation for another lawsuit that Mr. Walker is litigating. However, he fails to allege specifically how Defendants have harassed and threatened him or what any particular Defendant has done that is harassing or threatening. Therefore, Mr. Walker will be directed to file a second amended complaint. In order for Mr. Walker to state a claim for relief, his second amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

Finally, Mr. Walker also has filed two motions for appointment of counsel and a motion to amend the complaint. The motions for appointment of counsel will be denied as premature. The motion to amend also will be denied because Mr. Walker will be directed to include all of the Defendants he intends to sue and claims he wishes to pursue in the second amended complaint he will be ordered to file. Accordingly, it is

ORDERED that Mr. Walker file **within thirty (30) days from the date of this order** a second amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Walker, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Walker fails within the time allowed to file a second amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice. It is

FURTHER ORDERED that the "Motion to Apoint [sic] Counsel" filed on September 4, 2007, and the "Motion to Apoint [sic] Counsel filed on September 21, 2007, are denied as premature. It is

FURTHER ORDERED that the "Motion to Amend Complaint/Correct/Modify" filed on September 27, 2007, is denied as moot.

DATED September 28, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01848-BNB

Clarence A. Walker
Prisoner No. 06013673
Arapahoe County Det.
PO Box 4918
Englewood, CO 80155

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 9/28/07

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk