# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01848-BNB

CLARENCE A. WALKER,

    Plaintiff,

v.

CAPTAIN BAY,
LIEUTENANT MARTIN,
SARGEANT WISCAMB,
SARGEANT FIELDS,
SARGEANT ASPINOL,
DEPUTY GOFF, and
DEPUTY KILLIAM,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 03 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Amend Complaint/Correct/Modify" filed on October 2, 2007, is DENIED as moot because the court entered an order on September 28, 2007, directing Plaintiff to file a second amended complaint.

Dated: October 3, 2007

Copies of this Minute Order mailed on October 3, 2007, to the following:

Clarence A. Walker
Prisoner No. #06013673
Arapahoe County Detention Facility
PO Box 4918
Englewood, CO 80155-4918

                                  Secretary/Deputy Clerk