IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01848-BNB

CLARENCE A. WALKER,

    Plaintiff,

v.

CHIEF SPENCE,
CAPTAIN BAY,
LIEUTENANT MARTIN,
SARGEANT WISCAMB,
SARGEANT ASPINOL,
DEPUTY GOFF,
DEPUTY KILLIAM, and
DEPUTY SEXTON,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2007

GREGORY C. LANGHAM
              CLERK

## ORDER

Plaintiff Clarence A. Walker has filed *pro se* on October 22, 2007, a "Motion to Support Preliminary Injunction." The court must construe the motion liberally because Mr. Walker is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the motion will be denied.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the

public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Mr. Walker complains in this action that he is being subjected to harassment and threats in retaliation for a prior lawsuit he has filed. However, he fails to allege facts that demonstrate he will suffer irreparable injury if no preliminary injunction is entered in this action. Therefore, the motion for a preliminary injunction will be denied. Accordingly, it is

ORDERED that the "Motion to Support Preliminary Injunction" filed on October 22, 2007, is denied.

DATED at Denver, Colorado, this 29 day of Oct., 2007.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01848-BNB

Clarence A. Walker
Prisoner No. 06013673
Arapahoe County Det.
PO Box 4918
Englewood, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __10/29/07__

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk