IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01848-BNB

CLARENCE A. WALKER,

    Plaintiff,

v.

CHIEF SPENCE,
CAPTAIN BAY,
LIEUTENANT MARTIN,
SARGEANT WISCAMB,
SARGEANT ASPINOL,
DEPUTY GOFF,
DEPUTY KILLIAM, and
DEPUTY SEXTON,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 30 2007

GREGORY C. LANGHAM
               CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Proceed With Preliminary Injunction Without Payment" filed on October 25, 2007, is DENIED as moot because the motion for a preliminary injunction has been denied. Plaintiff's "Motion to Amend Complaint/Correct/Modify/Rectify/E.T.C." filed on October 30, 2007, is denied as moot because the proposed amendments are identical to the second amended complaint filed on October 22, 2007.

Dated: October 30, 2007

Copies of this Minute Order mailed on October 30, 2007, to the following:

Clarence Walker
Reg. No. 06013673
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155-4918

                                                    Secretary/Deputy Clerk