IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01848-WDM-BNB

CLARENCE A. WALKER,

    Plaintiff,
v.

CHIEF SPENCE,
CAPTAIN BAY,
LIEUTENANT MARTIN,
SARGENT WISCAMB,
SARGEANT ASPINOL,
DEPUTY GOFF,
DEPUTY KILLIAM, and
DEPUTY SEXTON,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: Nov. 9, 2007

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01848-WDM-BNB

Clarence A. Walker
Prisoner No. 06013673
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155-4918

US Marshal Service
Service Clerk
Service forms for: Chief Spence, Captain Bay, Lieutenant Martin,
Sargeant Wiscamb, Sargeant Aspinsol, Deputy Goff,
Deputy Killiam, and Deputy Sexton,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Chief Spence, Captain Bay, Lieutenant Martin, Sargeant Wiscamb, Sargeant Aspinsol, Deputy Goff, Deputy Killiam, and Deputy Sexton: AMENDED COMPLAINT FILED 10/22/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/14/07.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk