IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01848-WDM-KMT

CLARENCE A. WALKER,

    Plaintiff,

v.

CHIEF SPENCE,
CAPTAIN BAY,
LIEUTENANT MARTIN,
SARGEANT WISCAMB,
SARGEANT ASPINOL,
DEPUTY GOFF,
DEPUTY KILLIAM, and
DEPUTY SEXTON,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion to View All Documents That's Been Incorporated Into Amended Complaint" (#90, filed March 14, 2008) is GRANTED. The Clerk's Office is directed to mail a copy of Doc. No. 85, together with any and all attachments, as well as a copy of the Court's electronic docket sheet, to the Plaintiff at his address of record.

Dated: March 21, 2008