IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01848-WDM-KMT

CLARENCE A. WALKER,

    Plaintiff,

v.

CHIEF SPENCE,
CAPTAIN BAY,
LIEUTENANT MARTIN,
SARGEANT WISCAMB,
SARGEANT ASPINOL,
DEPUTY GOFF,
DEPUTY KILLIAM, and
DEPUTY SEXTON,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion to Proceed with Temporary Restraining Order Without Payment" (#55, filed December 4, 2007) is DENIED as moot. Plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on September 28, 2007 (#12).

Defendants are ORDERED to respond to Plaintiff's "Fed.R.Civ.P. 65(a) Emergency Preliminary Injunction" (#100, filed April 10, 2008) and Plaintiff's "Motion to Proceed with Temporary Restraining Order Without Payment" (#102, filed December 4, 2007) no later than April 28, 2008.

Dated: April 18, 2008