IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01848-WDM-KMT


CLARENCE A. WALKER,

     Plaintiff,

v.

CHIEF, SPENCE,
CAPTAIN, BAY,
LIEUTENANT MARTIN,
SARGENT (sic) WISCAMB,
SARGEANT ASPINOL,
DEPUTY GOFF,
DEPUTY KILLIAM, and
DEPUTY SEXTON,

     Defendants.

---

**ORDER**

---

This matter is before the court on Plaintiff's "Motion for Extension of Time/on

Emergency Preliminary Injunction for 30 Days" (Doc. No. 114, filed May 7, 2008) and "Motion

for Self Incrimination Under 5th Amendment" (Doc. No. 115, filed May 7, 2008). The Federal

Rules of Civil Procedure provide that "[a]n application to the court for an order shall be by

motion which . . shall state with particularity the grounds therefor, and shall set froth the relief

or order sought." Fed. R. Civ. P. 7(b). Plaintiff's motion is incomprehensible and fails to specify

either any grounds for relief or the precise nature of relief sought. Accordingly,

IT IS ORDERED that Plaintiff's motions (Doc. No. 114 and Doc. No. 115) are DENIED.

In addition, Fed. R. Civ. P. 5(a)(1) requires that any pleadings filed after the original

complaint and any written motion be served on any party. Plaintiff did not serve his motions on

Defendants. Any further documents filed by Plaintiff not served on Defendants may be stricken.

Dated this 13th day of May, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge