IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01848-WDM-KMT

CLARENCE A. WALKER,

    Plaintiff,

v.

CHIEF, SPENCE,
CAPTAIN, BAY,
LIEUTENANT MARTIN,
SARGENT (sic) WISCAMB,
SARGEANT ASPINOL,
DEPUTY GOFF,
DEPUTY KILLIAM, and
DEPUTY SEXTON,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion to Enforce Constitutional Rights" (#98, filed April 3, 2008) and "Plaintiff [sic] Motion with Undisputed Facts to Deny Opposition Motion from all Named Defendants" (#111, filed April 23, 2008) are DENIED, as they are supplements to Plaintiff's Complaint and to his previously-filed motions for injunctive relief.

Plaintiff's "Motion to Proceed to Trial 7th Amendment" (#127, filed May 30, 2008) is denied as premature.

Plaintiff's "Motion to Access the Court Effectively and Meaningful by Legal Service" (#129, filed June 20, 2008) is DENIED. Plaintiff has been denied counsel on several requests. (See

Doc. Nos. 11, 20, 64, and 108.)  The facts of Plaintiff's case have not changed, nor have the reasons previously given for denying Plaintiff appointment of counsel.

Dated: September 3, 2008