IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01848-WDM-KMT

CLARENCE A. WALKER,

    Plaintiff,

v.

CHIEF, SPENCE,
CAPTAIN, BAY,
LIEUTENANT MARTIN,
SARGENT (sic) WISCAMB,
SARGEANT ASPINOL,
DEPUTY GOFF,
DEPUTY KILLIAM, and
DEPUTY SEXTON,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion for Relief" (#148, filed September 10, 2008) is construed as a supplement to Plaintiff's Complaint and is DENIED.

Plaintiff's "Motion to Apoint [sic] Counsel for hearing" (#149, filed September 10, 2008) is DENIED. Plaintiff has been denied appointment of pro bono counsel on several occasions. (*See* Doc. Nos. 11, 20, 64, 108.) The facts and circumstances of Plaintiff's case have not changed.

Dated: September 12, 2008